FILED
JUN 23 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALVIN WILSON, ) <br> ) <br> Defendant. ) | No. **4:17CR00284 RWS** |

## INFORMATION

### COUNT 1

The Acting United States Attorney charges that:

Between January 1, 2015 and December 31, 2015, in the Eastern District of Missouri,

**ALVIN WILSON,**

the Defendant herein, being an agent of an organization, that is, the St. Louis Public Library, said organization having received during that stated one year period federal funds in excess of $10,000 from the Library Services and Technology Act grant program, embezzled, stole, obtained by fraud, and intentionally misapplied property and funds worth at least $5,000 owned by, and under the care, custody, and control of the St. Louis Public Library, that is Defendant falsely reported hours worked and Defendant was paid by the St. Louis Public Library based upon those falsely reported work hours in excess of $19,000.

In violation of Title 18, United States Code, Section 666(a)(1)(A).

Respectfully Submitted,

CARRIE COSTANTIN
Acting United States Attorney

_____
REGINALD L. HARRIS, #48939MO
Assistant United States Attorney

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

I, Reginald L. Harris, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
REGINALD L. HARRIS, #48939MO

Subscribed and sworn to before me this _1st_ day of June, 2017

_____
CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK