FILED

JUN 23 2017

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALVIN WILSON,

    Defendant.

**WAIVER OF INDICTMENT**

CAS

**4:17CR00284 RWS**

    I, Alvin Wilson, the above named defendant, who is accused Theft by an Agent of an Organization Receiving Federal Funds in violation of Title 18, United States Code, Section 666(a)(1)(A) being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ____6/23/17____ prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
*Defendant*

_____
*Counsel for Defendant*

Before _____
       *Judicial Officer*

6/23/17